# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSQUEHANNA LEGAL AID FOR ADULTS AND YOUTH, | No. 4:26-CV-00849 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| UNION COUNTY CRIMINAL JUSTICE ADVISORY BOARD, UNION COUNTY MENTAL HEALTH ADVISORY COMMITTEE, JUDGE JEFFREY ROWE, INDIVIDUALLY AND IN HIS NON-JUDICIAL CAPACITY, JUDGE MICHAEL PIECUCH, INDIVIDUALLY AND IN HIS NON-JUDICIAL CAPACITY, JOHN DOES 1-20, MEMBERS OF THE CRIMINAL JUSTICE ADVISORY BOARD, AND JOHN DOES 21-40, MEMBERS OF THE MENTAL HEALTH ADVISORY COMMITTEE, | |
| Defendants. | |

## ORDER

**JUNE 24, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS**

**HEREBY ORDERED** that:

1. Plaintiff's complaint (Doc. 1) is **DISMISSED** for failure to prosecute

   pursuant to Federal Rule of Civil Procedure 41(b); and

2.      The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge